HUMPHREY LAW GROUP
RUSSELL S. HUMPHREY, SBN 208744
1420 S. Mills Ave., Suite H
Lodi, CA  95242
Telephone: (209) 625-8976
Facsimile:  (209) 625-8673
Email: russell@humphreylawgroup.net
Attorney for Plaintiff
Bruce Jackson

KEVIN KEVORKIAN
Attorney at Law
675 Hartz Avenue, Suite 104
Danville, CA  94526
Telephone:  925-838-0900
Facsimile:   925-831-1722
Email:  kbk@kevorkianlaw.net
Attorney for Jack in the Box, Yadav, Inc.
Remo Canepa and Marion Canepa

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE JACKSON,<br><br>           Plaintiff,<br><br>       v.<br><br>JACK IN THE BOX, YADAV, INC., REMO CANEPA, MARION CANEPA, and DOES 1-10,<br><br>           Defendants. | Case No.   2:11-cv-02442-GEB-CKD<br><br>STIPULATION RE DEADLINE FOR DEFENDANTS TO FILE AND SERVE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT |

   The parties to the above captioned matter hereby stipulate by and through their

undersigned counsel of record to extend the deadline for the defendants to file and serve a

responsive pleading to the Complaint to 28 days after initial response due date of September 19, 2011. Responsive pleading now due up to and including November 7, 2011.

Date: October 19, 2011

      /s/ Russell S. Humphrey
By: Russell S. Humphrey
Attorney for Plaintiff,
Bruce Jackson

Date: October 19, 2011

      /s/ Kevin B. Kevorkian
By: Kevin B. Kevorkian
Attorney for Defendants,
Jack in the Box, Remo Canepa,
Marion Canepa and Yadav, Inc.

**ORDER**

Given this stipulation, and the parties' request, as set forth herein, defendants have until November 7, 2011 in which to file a response to plaintiff's complaint. This order is electronically filed unless good cause is demonstrated for a further extension for timely service of a response to the complaint and approved by the Court.

Date: 10/20/11

GARLAND E. BURRELL, JR.
United States District Judge